Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: MRobles@shookandstone.com

Attorneys for Plaintiff Antonette Lim Navarro

**UNITED STATES DISTRICT Court**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTONETTE LIM NAVARRO,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:25-cv-00630-MDC<br><br>STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S BRIEF AND [PROPOSED] ORDER<br><br>(FIRST REQUEST) |

Plaintiff Antonette Lim Navarro and Frank Bisignano, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from July 9, 2025 to August 8, 2025, for Plaintiff to file her brief with all other deadlines as per the Supplemental Rules for

-1-

Social Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure extended accordingly. This is Plaintiff's first request for an extension. The certified administration is missing an exhibit. Defendant's counsel is aware of the deficient record. The parties need the additional time to prepare and file a supplemental administrative record.

DATE: July 9, 2025            Respectfully submitted,

                                      LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

                                /s/ *Marc V. Kalagian*
BY: _____
      Marc V. Kalagian
      Attorney for plaintiff Antonette Lim Navarro

DATE: July 9, 2025            SIGAL CHATTAH
                                United States Attorney

                                /s/ *Angela Thornton-Millard*
BY: _____

      Angela Thornton-Millard
      Special Assistant United States Attorney
      |*authorized by e-mail|

**ORDER**

IT IS SO ORDERED:            _____
                                 Hon. Maximiliano D. Couvillier III
                                 United States Magistrate Judge
                                 Date: 7/10/25